IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT PLOWDEN, | § | |
| | § | |
| Petitioner Below, | § | No. 606, 2018 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| PERRY PHELPS, | § | C.A. No. N18M-09-057 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: February 1, 2019
Decided: March 13, 2019

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order, dated November 20, 2018, dismissing the petition for a writ of mandamus.

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice